KATHLEEN AVONDALE WAGNER, as Executrix, etc., of MAXWELL WAGNER, Deceased, Appellant, v. MORRIS GOODMAN and Others, Respondents.— Motion granted. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

BRIDGET FARRELL, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion granted, with ten dollars costs, unless the appellant, within twenty days, perfects its appeal and pays said costs, in which event motion is denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

SPENCER H. BEECHER and Others, Appellants, v. THE PEOPLE OF THE STATE OF NEW YORK and Others, Respondents.— Motion granted, with ten dollars costs, unless the appellants perfect their appeal within twenty days and pay said costs, in which event motion is denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Judicial Settlement of the Account of ORLIFF T. HEATH, as Executor, etc., of SALLY A. RUSHMORE, Also Known as SALLIE A. RUSHMORE, Deceased. HOME FOR AGED WOMEN IN GREENE COUNTY, Residuary Legatee, Appellant; MAY V. AUSTIN, Claimant, Respondent.— Motion granted, with ten dollars costs, unless the appellant perfects appeal and serves copy of printed case and brief on respondent's attorney on or before February fifteenth, pays said costs, and is ready to argue case at the March term, in which event motion is denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of HARRY BAUMAN, Respondent, against BROOKLYN CONSOLIDATED GAS IRON COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ELIAS HARTZ, Appellant, against 637 WEST 125TH STREET REALTY CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

JOHN B. MALATESTA, Appellant, v. SARATOGA NATIONAL BANK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

RICHARD H. JOHNSON, Respondent, v. FRANCIS PURPURA, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Johnson* v. *Purpura* (208 App. Div. 505). Van Kirk, Acting P. J., Hinman, McCann and Whitmyer, JJ., concur; Davis, J., not voting.